**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IVAN FABIAN ALVAREZ MARTINEZ, | Case No. 3:22-cv-05407-RS |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE TRIAL AND ASSOCIATED PRE-TRIAL DEADLINES** |
| v. | |
| CITY OF RICHMOND, MIGUEL CASTILLO in his individual and official capacity, and DOES 1-10 | |
| Defendants. | |

01337.0036/897603.1

ORDER RE STIPULATION TO CONTINUE TRIAL AND ASSOCIATED PRE-TRIAL DEADLINES

The Court, having reviewed the Stipulation to Continue Trial and Associated Pre-Trial Deadlines, and finding good cause,

**IT IS HEREBY ORDERED THAT** the Stipulation is approved.  The trial date currently set for **February 26, 2024 at 9:00 a.m.** is vacated and continued to **September 30, 2024 at 9:00 a.m.**  Additionally, the following pre-trial deadlines and discovery cutoffs are **ORDERED**:

1. No further amendment of the pleadings shall be permitted.

2. All non-expert discovery shall be completed by January 30, 2024.

3. The disclosure and discovery of expert witnesses shall proceed as follows:

    a. February 29, 2024, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before March 15, 2024, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before April 5, 2024, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7 no later than June 13, 2024.

5. A final pretrial conference will be held on September 18, 2024 at 10:00 a.m., or as the Court's calendar permits.

**IT IS SO ORDERED.**

Dated:  ___June 7, 2023_____        _____

The Honorable Richard Seeborg

ORDER RE STIPULATION TO CONTINUE TRIAL AND ASSOCIATED PRE-TRIAL DEADLINES